STATE OF NEW JERSEY v. WILLIAM JONES.

April 22, 1975. Petition for certification denied.

ENERY VIRUET v. JORDAN SYLVESTER.

April 22, 1975. Petition for certification denied. (See 131 *N. J. Super.* 599.

REBECCA CARR v. C. W. WARD COMPANY.

April 22, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY ALSTON.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY ALSTON.

April 24, 1975. Cross-petition for certification denied.

BAK-A-LUM CORPORATION OF AMERICA v.
ALCOA BUILDING PRODUCTS, INC.

April 24, 1975. Petition for certification granted.